IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AUDIT,<br><br>    Plaintiff,<br><br>v.<br><br>CHNEP, *et al.*,<br><br>    Defendants. | Civil Action No. 25-cv-1195<br><br>Judge Stickman |

**MOTION FOR PRELIMINARY INJUNCTION**

In connection with this Court's August 7, 2025 Order, Plaintiff now moves this Court for an Order granting the Motion for a Preliminary Injunction against the Defendants identified on **Schedule "A"** to the Complaint and attached hereto (collectively, the "Defendants"). The legal support for this motion is contained in the Memorandum of Law. The evidence supporting this motion is contained in the Declarations of Lisa Audit, Stanley D. Ference III, and Dee Odell, and the exhibits attached thereto. A proposed Order affirmatively granting the relief sought herein is filed herewith.

/

/

/

/

/

/

- 2 -

                                    Respectfully submitted,

Dated: August 15, 2025                /s/ Stanley D. Ference III
                                    Stanley D. Ference III
                                    Pa. ID No. 59899
                                    courts@ferencelaw.com

                                    FERENCE & ASSOCIATES LLC
                                    409 Broad Street
                                    Pittsburgh, Pennsylvania 15143
                                    (412) 741-8400 – Telephone
                                    (412) 741-9292 – Facsimile

                                    Attorneys for Plaintiffs