IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LISA AUDIT,

        *Plaintiff*,

v.

CHNEP, *et al*,

        *Defendants*.

Civil Action No. 2:25-cv-1195

Hon. William S. Stickman IV

## HEARING MEMO

HEARING HELD: Injunction Hearing
DATE HEARING HELD: August 21, 2025
BEFORE: Judge William S. Stickman IV

Appearing for Plaintiff:  
Stanley D. Ference, III, Esquire

Appearing for Defendants:  
n/a

Hearing began at 11:34 a.m.

Hearing concluded at 11:41 a.m.

Stenographer: Melissa Moore

OUTCOME:

This hearing was held re: Motion for Preliminary Injunction (ECF No. 22).

For the reasons set forth on the record, the Court entered a preliminary injunction as to Defendants listed in Schedule A.

The appropriate order will follow.