IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AUDIT,<br><br>Plaintiff,<br><br>v.<br><br>CHNEP, *et al*.,<br><br>Defendants. | Civil Action No. 2:25-cv-01195<br><br>Judge Stickman |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1.A of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant JIAHONG Co.Ltd (Defendant No. 172), in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Date: 9/2/2025

/s/ He Cheng
He Cheng,
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33308
rcheng@palmerlawgroup.com
Tel: +1 (917) 525-1495
***Attorney for Defendant***