IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AUDIT, <br><br> Plaintiff, <br><br> v. <br><br> CHNEP, ET AL., <br><br> Defendants. | Civil Action No. <br><br> 25-cv-01195 <br><br> (Judge Stickman) |

NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through its undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendants: RainbowWSK, ZKBX Direct, Hyturtle Store, Bomget, Know ledge, XMNewPower, Onsdag, hrtcprod, MABUTINGTI New Year's Sale, WangNing-US, ATGlobal, OhaPrints LLC, Jajajuegos, Linkjay, NTACAN STORE, Hangzhou Maisha Crafts Co., Lightning Deals for Today Ympu, yjamerica, Amaups, SHANPIN®, BearNail, NEWSED, LJCL, JINSHENGCHEN, yayaai, AmDxD, Dounengyin, Susavivid, luoheoumengshangmaoyouxiangongsi, BrightFamous, GoldenBranchUS, YOTMKGDO, Pretty Girl, xihuangmaoyi, zhifanMY, Dienrx, XYSJFHN, ViLaViDe LLC, marioyuzhang, Fattazi, ShengQing Co.Ltd, Liyong Trading, Kitchen Trading Company,Yang You two Company, Sunyuer Store, Huamei, BOMYJESK, Anbech, XUANYOUNG, DagobertNiko, EXAXTA, PH PandaHall, Penan Migration Company, baiheyi, BangYiBangMaoYiYou, chenyanting, T's Clothing, JianTong, Btomtd, YIMWNYI, Snmubt Kitchen Tool, Ratoop, Grrvtrz Festival, BEIYUANYUAN, Mzkdieey, CTEEGC, Finanjoy, kakiBAGRZ, YingYouFu, Anckoeil Fashion

Home, mtvxesu Ltd, XunHong, LBJTAKDP, Jaatefy, Puhuiying, HCJKDU, qiyingjie, longciy, yiyue, QINGYYVVCok, JMYHOAM, Qocolhg, Holloyiver Happy Everyday., SPOORYYO Essentials, RyanK, LongLiYi, Hwuxmo, Vmvidoty, XiaoY-ens Co.Ltd, Neorosiri, HOXINE, hsiiuyKOIU, xiangyang Co.Ltd, CWCWFHZH, UsKSIN Co.Ltd, Daiosportswear, Pompotops, rourlinge(US), Kayannuo Store, Vecoauto, Yaoyar, FloHua, Fasiaou, hengsof, Vikakiooze-home décor, FNOCHY DiscountStore, Weloille, xunsong, OAVQHLG3B, Nmdmisc Save More, EUDIDV, Aihimol, Darzheoy Lucky, ShaoXinWan, Herrnalise, Realhomelove, RnemiTe-amo, LBLOE OFFICIAL, Qinghuai store, Zmeidao, qiujir, YangMiaoDian, Dashenghua.ltd, Original Seller, dajkiuy, IBaodan, XEOVHVLJ, Blessing Co.Ltd, Iumwxz Store, EARSTMAKEUP, YANHAIGONG, GUANHE Home essentials, GuangYARPG, Quinlirra(USA), HONGAAbe, JGF844, VerPetridure, JeashCHAT, Kiplyki, TUTUnaumb, TERGAYEE, Hgallory Household-Gatherings, Jacenvly Store, Naxoaeo, Mingyiq Inc, SWANG, hgsbede, hjyun, with each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: September 11, 2025        /s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff