IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AUDIT, | |
| Plaintiffs, | Civil Action No. 25-1195 |
| v. | |
| CHNEP, *et al.*, | (Judge Stickman) |
| Defendants. | |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN RESPONSE TO CERTAIN DEFENDANTS' OPPOSITION [ECF No. 51] TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION]**

Ten Defendants (collectively "Opposing Defendants")[1] filed a motion for an extension of time to oppose Plaintiff's Motion for a Preliminary Injunction. Opposing Defendants' opposition was filed on September 2, 2025, and by the Court's Order [ECF No. 39], the deadline for Plaintiff's reply brief is September 16, 2025 (today). Plaintiff hereby move this Court for an Order extending the deadline for filing its reply by two weeks to on or before September 30, 2025, to permit the parties to continue settlement discussions.

An appropriate proposed order is filed herewith.

[SIGNATURE APPEARS ON FOLLOWING PAGE]

---

[1] JIAHONG Co.Ltd (Def. No. 172), YUTI Co.Ltd (Def. No. 173), JIONGJING Co.Ltd (Def. No. 196), JIAYANG Co.Ltd (Def. No. 197), WEILANG Co.Ltd (Def. No. 225), HANCI Co.Ltd (Def. No. 227), FANGLIU Co.Ltd (Def. No. 235), MINGKU Co.Ltd (Def. No. 236), FANGHAO Co.Ltd (Def. No. 273), WAIHE Co.Ltd (Def. No. 275)

- 2 -

                                      Respectfully submitted,

Dated:  September 16, 2025        /s/ Stanley D. Ference III
                                      Stanley D. Ference III
                                      Pa. ID No. 59899
                                      courts@ferencelaw.com

                                      FERENCE & ASSOCIATES LLC
                                      409 Broad Street
                                      Pittsburgh, Pennsylvania 15143

                                      (412) 741-8400 – Telephone
                                      (412) 741-9292 – Facsimile

                                      Attorneys for Plaintiff