IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA AUDIT, | | |
| | Plaintiffs, | Civil Action No. 25-1195 |
| v. | | |
| | | (Judge Stickman) |
| CHNEP, *et al.*, | | |
| | Defendants. | |

**ORDER GRANTING PLAINTIFFS' MOTION
FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

AND NOW, this _____ day of September 2025, Plaintiff has presented its Motion for Extension of Time to File Reply Brief.

IT IS HEREBY ORDERED that said Motion is GRANTED and the time for Plaintiff to file its reply brief is re-set for September 30, 2025.

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE