IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AUDIT, | |
| Plaintiff, | Civil Action No. 25-cv-1195 |
| v. | (Judge Stickman) |
| CHNEP, et al., | |
| Defendants. | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
RESPOND TO CERTAIN DEFENDANTS' MOTION TO DISMISS [50]**

Ten Defendants (collectively "Opposing Defendants")[1] filed a motion to dismiss on September 2, 2025. [ECF No. 50]. By the Court's Order [ECF No. 52], the deadline to respond is September 24, 2025 (today). On September 9, 2025, counsel for the Opposing Defendants agreed to a 30-day extension via email. Plaintiff hereby moves this Court for an order extending the deadline for filing its response by thirty (30) days, to on or before October 24, 2025, to permit the parties to continue settlement discussions.

An appropriate proposed order is filed herewith.

[SIGNATURE APPEARS ON FOLLOWING PAGE]

---

[1] JIAHONG Co.Ltd (Def. No. 172), YUTI Co.Ltd (Def. No. 173), JIONGJING Co.Ltd (Def. No. 196), JIAYANG Co.Ltd (Def. No. 197), WEILANG Co.Ltd (Def. No. 225), HANCI Co.Ltd (Def. No. 227), FANGLIU Co.Ltd (Def. No. 235), MINGKU Co.Ltd (Def. No. 236), FANGHAO Co.Ltd (Def. No. 273), and WAIHE Co.Ltd (Def. No. 275).

Respectfully submitted,

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 - Telephone
(412) 741-9292 - Facsimile

Attorneys for Plaintiff