IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AUDIT,<br><br>                  *Plaintiff,*<br><br>v.<br><br>CHNEP, *et al*,<br><br>                  *Defendants.* | Civil Action No. 2:25-cv-1195<br><br>Hon. William S. Stickman IV |

## ORDER OF COURT

Defendants JIAHONG Co. Ltd (Def. No. 172), YUTI Co. Ltd (Def. No. 173), JIONGJING Co. Ltd. (Def. No. 196), JIAYANG Co. Ltd. (Def. No. 197), WEILANG Co. Ltd. (Def. No. 225), HANCHI Co. Ltd. (Def. No. 227), FANGLIU Co. Ltd. (Def. No. 235), MINGKU Co. Ltd. (Def. No. 236), FANGHAO Co. Ltd. (Def. No. 273), and WAIHE Co. Ltd. (Def. No. 275) ("Defendants") have moved to dismiss Plaintiff Lisa Audit's ("Audit") complaint for lack of personal jurisdiction. (ECF No. 50). They also oppose the entry of a preliminary injunction, in part, on the same grounds. (ECF No. 51). Defendants argue that the Court lacks personal jurisdiction over them because they never sold the offending products in Pennsylvania or because they never sold any of the offending products. They support their motion with declarations. (ECF No. 50-2–50-10). The Court, however, does not have to take Defendants' word for it. Audit has requested, and the law permits, the Court to allow jurisdictional discovery.

The Court hereby orders that Audit is permitted to take discovery, limited to issues pertaining to personal jurisdiction, of each Defendant. Jurisdictional discovery shall be completed on or before **November 24, 2025**, and may include the following:

- Ten (10) requests for admission per Defendant;

1

- Five (5) interrogatories per Defendant;

- Ten (10) requests for production per Defendant;

- One (1) deposition of each declarant and, if necessary, one (1) additional deposition of a corporate designee of each Defendant. Depositions shall be limited to two (2) hours each. Depositions may be conducted by video.

Following the close of jurisdictional discovery, Audit and Defendants shall have until **December 3, 2025**, to file supplemental briefing, if desired, on the motion to dismiss (ECF No. 50) and the issuance of a preliminary injunction (ECF No. 51).

Dated: October 8, 2025

BY THE COURT:

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE

2