IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AUDIT,<br><br>             Plaintiff,<br><br>       v.<br><br>CHNEP, *et al.*,<br><br>             Defendants. | Civil Action No. 2:25-cv-01195<br><br>Judge Stickman |

**[proposed] ORDER REGARDING DEFENDANTS' MOTION FOR CLARIFICATION**

This matter comes before the Court on the Motion for Clarification filed by ten Defendants ("Defendants") [ECF No. 71], regarding their rights to jurisdictional discovery and the status of the Temporary Restraining Order ("TRO"). Upon consideration of the Motion, the record, applicable law, and any opposition thereto, it is hereby **ORDERED** that:

1. Defendants are authorized to conduct limited jurisdictional discovery on Plaintiff in the same manner as detailed in the Court's order entered on October 8, 2025 [Dkt. No. 70].

2. The TRO entered on August 7, 2025 [Dkt. No. 17], has expired, and the restraints imposed by the TRO are no longer in effect. Any restrictions previously placed on Defendants must be lifted, effective immediately, but may be reinstated depending on the Court's ruling on Plaintiff's Motion for Preliminary Injunction.

3. The ten moving Defendants to whom this Order applies are as follows

| Defendant Number | Store/Seller Name |
|---|---|
| 172 | JIAHONG Co.Ltd |
| 173 | YUTI Co.Ltd |
| 196 | JIONGJING Co.Ltd |
| 197 | JIAYANG Co.Ltd |
| 225 | WEILANG Co.Ltd |

| | |
|---|---|
| 227 | HANCI Co.Ltd |
| 235 | FANGLIU Co.Ltd |
| 236 | MINGKU Co.Ltd |
| 273 | FANGHAO Co.Ltd |
| 275 | WAIHE Co.Ltd |

Date: October _____, 2025

BY THE COURT

_____

**WILLIAM S. STICKMAN IV**
**UNITED STATES DISTRICT JUDGE**

cc *counsel of records via ECF*