IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AUDIT, | |
| *Plaintiff,* | Civil Action No. 2:25-cv-1195 |
| v. | Hon. William S. Stickman IV |
| CHNEP, *et al*, | |
| *Defendants.* | |

## ORDER OF COURT

AND NOW, this 15 day of October 2025, IT IS HEREBY ORDERED that Defendants' JIAHONG Co. Ltd (Def. No. 172), YUTI Co. Ltd (Def. No. 173), JIONGJING Co. Ltd. (Def. No. 196), JIAYANG Co. Ltd. (Def. No. 197), WEILANG Co. Ltd. (Def. No. 225), HANCHI Co. Ltd. (Def. No. 227), FANGLIU Co. Ltd. (Def. No. 235), MINGKU Co. Ltd. (Def. No. 236), FANGHAO Co. Ltd. (Def. No. 273), and WAIHE Co. Ltd. (Def. No. 275) ("Defendants") Motion for Clarification, (ECF No. 71), is GRANTED IN PART and DENIED IN PART.

The motion is granted only to the extent that Defendants seek limited discovery from Plaintiff Lisa Audit ("Audit"). Defendants may, collectively, take discovery of Audit comprising of ten (10) requests for admission, five (5) interrogatories, ten (10) requests for production, and one (1) deposition. The deposition shall be limited to two (2) hours and may be conducted by video. All discovery must be completed on or before November 24, 2025.

The motion is denied in all other respects.

BY THE COURT:

*/s/ William S. Stickman IV*
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE