IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AUDIT, <br><br> *Plaintiff*, <br> v. <br><br> CHNEP, *et al.*, <br><br> *Defendants*. | Civil Action No. 2:25-cv-01195 <br><br><br><br> Judge Stickman |

### NOTICE OF SETTLEMENT

Defendant JIONGJING Co.Ltd (Def. No. 196), by and through its undersigned counsel, hereby provide notice to the Court that Plaintiff and Defendant have resolved all claims between them in this action.

The parties have finalized the necessary settlement documentation, and the dismissal will be filed in due course after the parties confirm satisfaction of all required details.

| | |
|---|---|
| November 10, 2025, | Respectfully submitted, <br><br> /s/ *He Cheng* <br> He Cheng (NY Bar #5665617) <br> Palmer Law Group, P.A. <br> 401 E Las Olas Blvd, Suite 1400 <br> Fort Lauderdale, FL 33301 <br> rcheng@palmerlawgroup.com <br> Tel: +1 (917) 525-1495 <br> ***Attorney for Defendants*** |