IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AUDIT, | |
| Plaintiff, | Civil Action No. 25-cv-1195 |
| v. | (Judge William Stickman) |
| CHNEP, et al., | |
| Defendants. | |

**CONSENT JUDGMENT**

The undersigned consent to the following judgment:

1. Plaintiff and each Defendant has signed a mutually satisfactory settlement agreement with an agreed upon settlement amount as detailed below:

   | Defendant No. | Seller Name | Settlement Amounts |
   |---|---|---|
   | 172 | JIAHONG Co.Ltd | $1,000 |
   | 173 | YUTI Co.Ltd | $1,100 |
   | 197 | JIAYANG Co.Ltd | $1,200 |
   | 225 | WEILANGCo.Ltd | $1,000 |
   | 227 | HANCI Co.Ltd | $1,000 |
   | 235 | FANGLIU Co.Ltd | $1,000 |
   | 236 | MINGKU Co.Ltd | $1,000 |
   | 273 | FANGHAO Co.Ltd | $1,000 |
   | 275 | WAIHE Co.Ltd | $500 |
   | Total: | | 8800 |

2. Walmart Inc. ("Walmart") is ordered to transfer the Settlement Amounts from Defendants' accounts to Plaintiff's counsel's bank account using bank information provided to Walmart by Plaintiff's Counsel.

3. Upon Walmart's transfer of Settlement Amounts to Plaintiff pursuant to paragraph 1, Walmart shall remove any restraints that were placed on Defendants' e-commerce stores and financial accounts pursuant to the Temporary Restraining Order [17].

| | |
|---|---|
| /s/Stanley D. Ference III | /s/ He Cheng |
| Attorney for Plaintiff | Attorney for Defendants |
| Stanley D. Ference III | He Cheng |
| PA. ID No. 59899 | NY Bar No. 5665617 |
| courts@ferencelaw.com | rcheng@palmerlawgroup.com |
| FERENCE & ASSOCIATES LLC | Palmer Law Group P.A. |
| 409 Broad Street | 401 E Las Olas Blvd, Suite 1400 |
| Pittsburgh, Pennsylvania 15143 | Fort Lauderdale, FL 33301 |
| (412) 741-8400 – Telephone | Tel: +1 (917) 525-1495 |
| (412) 741 9292 – Facsimile | |

Date:

WILLIAM STICKMAN
UNITED STATES DISTRICT JUDGE