IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AUDIT,<br><br>   *Plaintiff*,<br><br> v.<br><br>CHNEP, *et al.*,<br><br>   *Defendants*. | Civil Action No. 2:25-cv-01195<br><br>Judge Stickman |

## JOINT STIPULATION OF DISMISSAL

 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), LISA AUDIT ("Plaintiff"), and Def, No. 196 JIONGJING Co. Ltd hereby jointly file this Stipulation of Voluntary Dismissal with prejudice. Each party is to bear its own attorneys' fees, costs and expenses.


DATED:  November 12, 2025     Respectfully submitted,

*/s/*                 /s/ *He Cheng*
Stanley D. Ference III        He Cheng
PA. ID No. 59899         NY Bar No. 5665617
FERENCE & ASSOCIATES LLC   Palmer Law Group, P.A
409 Broad Street         401 E Las Olas Boulevard, Suite 1400
Pittsburgh, Pennsylvania 15143    Fort Lauderdale, Florida 33301
Telephone: (412) 741-8400     Telephone: 917-525-1495
E-mail:  courts@ferencelaw.com   E-mail: rcheng@palmerlawgroup.com

**ATTORNEY FOR PLAINTIFF**     **ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 12, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Stanley D. Ference III*
Stanley D. Ference III